

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00236-CV

**Ramesh Kapur, dba AIC Management Company**

**v.**

**Cassandra Pleasant**

NO. 1013763 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $175.00 | 04/21/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 04/21/2014 | PAID | ANT |
| CLK RECORD | $58.00 | 04/01/2014 | PAID | ANT |

### The costs incurred on appeal to the First Court of Appeals Houston, Texas are $253.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 15, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**